IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
CRIMINAL CASE NO. 2:13-cr-14-MR-DLH-2

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | **DISMISSAL ORDER** |
| ) | |
| YONG HWA CUCCIA ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss the Indictment as to Defendant Yong Hwa Cuccia without prejudice. [Doc. 60]. The Government indicates in its motion that the Defendant has entered a guilty plea in case number 1:15-mj-56. The Court concludes that, pursuant to Fed.R.Crim.P. 48(a), the Government's motion should be allowed.

**IT IS, THEREFORE, ORDERED** that the Bill of Indictment filed herein is dismissed without prejudice as to only the Defendant Yong Hwa Cuccia.

**IT IS SO ORDERED**.

Signed: April 27, 2015

Martin Reidinger
United States District Judge